

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of David Hudson, Jr., and Frances Elizabeth Ruben, Appellant

No. 06-18-00011-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 16-0391). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court CVbelow. We affirm the judgment of the trial court.

We further order that the appellant, Frances Elizabeth Ruben, pay all costs of this appeal.

RENDERED SEPTEMBER 28, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk